JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TITO VASQUEZ<br><br>Plaintiff,<br><br>vs.<br><br>CASPIAN PERSIAN & MEDITERRANEAN CUISINE, a business entity; CASPIAN CATERING, INC., a corporation; CULVER, LLC, a California limited liability company,<br><br>Defendants | Case No.: 8:21-cv-00286-JLS-KES<br><br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

### ORDER

Based upon the Joint Stipulation of Dismissal filed by the parties (Doc. 46), the entire action, including all claims and counterclaims stated herein against all parties is hereby dismissed with prejudice.

DATED: January 10, 2022

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE